# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | )  CRIMINAL NO. 08-30049-GPM |
| JOHN A. CHATMAN, | ) ) ) |
| Defendant. | ) |

# ORDER FINDING NO THIRD PARTY INTERESTS

**MURPHY, District Judge:**

On August 25, 2008, this Court entered an order for forfeiture (*see* Doc. 35) against Defendant, John A. Chatman, for the following property which had been seized from him:

**One Rossi/Interarms .38 Special with serial number D435393**

That order directed the Government to provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

Notice was published by the Government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning November 29, 2008, and ending December 28, 2008, and no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the Court finds, pursuant to 21 U.S.C. § 853(n)(7), that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on August 25, 2008.

The Vault Custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall

dispose of the property according to law.

**IT IS SO ORDERED.**

DATED: 2/4/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge